**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Cody B., § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 3:17-CV-2601-D |
| § | |
| NANCY A. BERRYHILL, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| **Defendant.** § | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Accordingly, the decision of the Commissioner is reversed in part, and this matter is remanded to the Commissioner for further proceedings.

**SO ORDERED**.

February 21, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE